**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

———————

No. 96-3780

———————

Sandra Rivers-Frison,        *
       *
          Appellant,        *
       *   Appeal from the United States
     v.               *   District Court for the
       *   Eastern District of Missouri.
Southeast Missouri Community      *
Treatment Center,        *
       *
          Appellee.        *

———————

Submitted: May 22, 1997
Filed: January 7, 1998

———————

Before BEAM, Circuit Judge, HENLEY[1], Senior Circuit Judge, and LOKEN, Circuit Judge.

———————

BEAM, Circuit Judge.

Sandra Rivers-Frison appeals from the district court's order granting Southeast Missouri Community Treatment Center summary judgment in this employment discrimination case. Because we conclude that there are material issues of fact on some of Rivers-Frison's claims, we affirm in part, reverse in part, and remand to the district court for further proceedings.

———————

[1]Judge Henley died on October 18, 1997. This opinion is consistent with his vote at the panel's conference following oral argument of the case on May 22, 1997.